No. 02–5790. NETHERLY v. GALAZA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5791. ABRASS v. WHITE. C. A. 11th Cir. Certiorari denied.

No. 02–5792. ALFONSO SALAZAR v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 02–5793. BRIGHT v. MARTIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–5794. STEVENSON v. ST. LUKE'S HOSPITAL ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 02–5797. ABBONDANZO v. HEALTH MANAGEMENT SYSTEMS, INC. C. A. 2d Cir. Certiorari denied.

No. 02–5799. PECORARO v. WALLS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–5801. MOONEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–5808. WILSON v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 02–5809. GARRETT v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5810. GUNDY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5813. GREENE v. HEAD, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 02–5819. GASTON v. TAYLOR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5824. MICHAEL v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 02–5825. BAY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.